**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3730 |
| | § | |
| JOSE ARMANDO FLORES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF PENDING DISMISSAL

Service on the two defendants in this action was executed on December 15, 2009 and December 16, 2009.  No answer has been filed as required by Rule 12(a), Fed. R. Civ. P.  Over 60 days have passed from the date an answer was due without any action by the plaintiff.  The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed within 21 days of the date this order is entered, this case will be automatically dismissed, without prejudice.

SIGNED on February 19, 2010, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge